# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAP CITY DENTAL LAB, LLC.,**

    **Plaintiff,**

    v.

**RICHARD LADD, et al.,**

    **Defendants.**

Case No. 15-cv-2407
Judge Gregory L. Frost

## ORDER

Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 40) and Defendants' Motion for Judgment on the Pleading (ECF No. 41) shall come on for a non-oral hearing on January 26, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

    /s/ Gregory L. Frost
    Gregory L. Frost
    United States District Judge