IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CAP CITY DENTAL LAB, LLC,**

    **Plaintiff,**

  **vs.**
                               Civil Action 2:15-cv-2407
                                  Judge Frost
                                  Magistrate Judge King

**RICHARD LADD,** *et al.,*

    **Defendants.**

## ORDER

On December 29, 2105, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the claims against Britney Ladd, Global Dental Services, and Northwood Dental Labs of Central North Carolina be **DISMISSED**, pursuant to Fed. R. Civ. P. 4(m), for failure to effect timely service of process.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The claims against Britney Ladd, Global Dental Services, and Northwood Dental Labs of Central North Carolina are **DISMISSED**, pursuant to Fed. R. Civ. P. 4(m), for failure to effect timely service of process.


                                  /s/   GREGORY L. FROST
                                        Gregory L. Frost
                              United States District Judge